Peter J. Heck, Esq.
Kevin E. Barber, Esq.
**NIEDWESKE BARBER LLC**
420 Lexington Avenue, Suite 300
New York, NY 10170
(973) 401-0064
Attorneys for Plaintiff Denise Garrett

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE GARRETT,<br><br>            Plaintiff,<br><br>vs.<br><br>PROVIDENT LIFE AND CASUALTY INSURANCE COMPANY, n/k/a UNUM PROVIDENT, INC.; JOHN DOES 1-5; and ABC CORPORATIONS 1-5,<br><br>           Defendants | Case No. 11-cv-133 (RRM-JO)<br><br>**DECLARATION OF PETER J. HECK, ESQ. IN OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE TESTIMONY AND/OR TO LIMIT DOCUMENTARY EVIDENCE AT TRIAL** |

I, Peter J. Heck, under penalty of perjury, declare as follows:

1. I am an attorney-at-law admitted to the State of New York and of counsel to Niedweske Barber LLC, counsel for Plaintiff, Denise Garrett ("Ms. Garrett"), in the above-captioned matter. I have first-hand knowledge of the facts and circumstances set forth herein and submit this declaration in opposition to Defendant, Provident Life and Casualty Insurance Company's ("Provident Life") *in limine* motion.

2. Attached hereto as Exhibit A is a true and complete copy of the Regulatory Settlement Agreement entered into *In the Matter of Unum Life Insurance Company of America* (https://www.maine.gov/pfp/insurance/publications, last visited on January 15, 2021).

3.   Attached hereto as Exhibit B is a true and complete copy of the relevant portions of Provident Life's discovery responses.

4.   Attached hereto as Exhibit C is a true and complete copy of medical records concerning the treatment of Ms. Garrett between December 17, 2004 and December 18, 2011.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed January 15, 2021, at Morristown, New Jersey.

By: /s Peter J. Heck

**NIEDWESKE BARBER LLC**
98 Washington Street
Morristown, NJ 07960
(973) 401-0064
fax: (973) 401-0061
pheck@N-BLaw.com

**DOCUMENT ELECTRONICALLY FILED**